IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONIE L. BURNS and VINCENT D. SILVAGGI, JR., Parents and Natural Guardians of NICHOLAS D. BURNS and RHONIE L. BURNS, in her own right | : CIVIL ACTION<br>:<br>:<br>: NO. 05-2 ERIE<br>: |
| v. | : HON. SEAN J. McLAUGHLIN |
| DAIMLERCHRYSLER CORPORATION, CHRYSLER CORPORATION, COSCO, INC. and DOREL JUVENILE GROUP, INC. | :<br>:<br>: JURY TRIAL DEMANDED |

## DEFENDANT'S, CHRYSLER CORPORATION, MOTION TO JOIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 14(a)

Defendant, Chrysler Corporation, (hereinafter "Chrysler"), by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin hereby moves this Honorable Court to permit the joinder of James Dorich as third party defendant pursuant to Federal Rule of Civil Procedure 14(a) for reasons stated more fully in the accompanying memorandum of law.

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

_____
KEITH D. HEINOLD
Attorney I.D. No.: 30244
Attorney for Defendant.
DaimlerChrysler Corporation

1845 Walnut Street
Philadelphia, PA 19106
(215) 575-2600