IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONIE L. BURNS and VINCENT D. SILVAGGI, JR., Parents and Natural Guardians of NICHOLAS D. BURNS and RHONIE L. BURNS, in her own right | : CIVIL ACTION<br>:<br>:<br>: NO. 05-2 ERIE<br>: |
| v.<br>DAIMLERCHRYSLER CORPORATION, CHRYSLER CORPORATION, COSCO, INC. and DOREL JUVENILE GROUP, INC. | : HON. SEAN J. McLAUGHLIN<br>:<br>:<br>: JURY TRIAL DEMANDED |

## ORDER

AND NOW this _____ day of _____, 2005, it is hereby ORDERED and DECREED that Defendant's, DaimlerChrysler Corporation, Motion to Join Third-Party Defendant, James Dorich is GRANTED and Defendant, DaimlerChrysler Corporation is permitted to file its Third-Party Complaint against James Dorich within ten (10) days of the date of this Order.

BY THE COURT:

_____
J.