IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONIE L. BURNS and VINCENT D. SILVAGGI, JR., Parents and Natural Guardians of NICHOLAS D. BURNS, and RHONIE L. BURNS, in her own right,<br><br>        Plaintiffs<br><br>    v.<br><br>DAIMLER CHRYSLER CORPORATION, CHRYSLER CORPORATION, COSCO, INC. and DOREL JUVENILE GROUP, INC.,<br><br>        Defendants | No. 05 – CV – 2 E<br><br>HON. SEAN J. McLAUGHLIN |

### STIPULATION OF DISMISSAL

Defendant DaimlerChrysler Corporation and Defendants Cosco, Inc. and Dorel Juvenile Group, Inc., by their respective counsel, Marshall, Dennehey, Warner, Coleman & Goggin and Reed Smith LLP, stipulate and agree that their respective crossclaims in the above-captioned case should be dismissed without prejudice, with the parties bearing their own attorneys' fees, costs and/or other expenses.

_____
Arthur H. Stroyd (PA ID #15910)
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3110

Counsel for Defendants Cosco, Inc. and
Dorel Juvenile Group, Inc.

_____
Keith D. Heinold (PA ID #30244
Marshall, Dennehey, Warner, Coleman &
  Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797
(215) 575-2640

Counsel for DaimlerChrysler Corporation

IT IS SO ORDERED this ___ day of July, 2005.

                                          BY THE COURT,

                                          _____
                                          United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing Stipulation of Dismissal this 5th day of July, 2005, upon the following counsel of record as follows:

Regis M. McClelland, Esquire
Harrington, Schweers, Dattilo & McClelland
100 Ross Street
Pittsburgh, PA 15219

Keith D. Heinhold, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street, 18th Floor
Philadelphia, PA 19103-4797

_____
Attorney for Defendants Cosco Inc. and
Dorel Juvenile Group