IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONIE L. BURNS and VINCENT D. SILVAGGI, JR., Parents and Natural Guardians of NICHOLAS D. BURNS and RHONIE L. BURNS, in her own right | : CIVIL ACTION<br>:<br>:<br>: NO. 05-2 ERIE<br>: |
| v.<br>DAIMLERCHRYSLER CORPORATION, CHRYSLER CORPORATION, COSCO, INC. and DOREL JUVENILE GROUP, INC. | : HON. SEAN J. McLAUGHLIN<br>:<br>:<br>: |

**DEFENDANT, DAIMLERCHRYSLER CORPORATION'S AMENDED
ANSWER WITH AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

Defendant, DaimlerChrysler Corporation, incorrectly identified as Chrysler Corporation, by and through its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, hereby amends its Answer and affirmative defenses filed to plaintiffs' Complaint as follows:

1. DaimlerChrysler Corporation incorporates by reference herein its answers to Plaintiffs' Complaint paragraphs 1 through 26 and Affirmative Defenses 1 through 13 previously filed with this Court.

2. Plaintiffs have entered into a Release with James Dorich concerning the accident which forms the basis of Plaintiffs' Complaint. A true and correct copy of the Release is attached hereto as Exhibit "A".

3. As a result of the execution and court approval of that Release, DaimlerChrysler Corporation hereby asserts the following additional affirmative defense:

## FOURTEENTH AFFIRMATIVE DEFENSE

DaimlerChrysler Corporation is entitled to receive all benefits which may flow to it as a result of the terms and conditions of the Release executed between plaintiffs and James Dorich and plaintiffs claims against DaimlerChrysler Corporation may be barred or reduced pursuant to the terms and conditions of the Release.

**WHEREFORE**, DaimlerChrysler Corporation denies all liability and demands judgment in its favor together with costs.

MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN

By: *Keith Heinold*
Keith D. Heinold
Atty I.D. No.: 30244
1845 Walnut Street
Philadelphia, PA 19103
215-575-2640
Attorneys for Defendant,
DaimlerChrysler Corporation

\16_A\LIAB\GJH\LLPG\50538\BXS\03046\00506