IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONIE L. BURNS, | CIVIL ACTION |
| Plaintiff, | |
| vs. | CASE NO. 05-CV-2E |
| DAIMLER CHRYSLER CORPORATION, | Honorable Sean J. McLaughlin |
| Defendant, | |
| vs. | |
| JAMES DORICH, | |
| Third-Party Defendant. | |

**ENTRY OF APPEARANCE AND JURY DEMAND**

TO:   SUSAN PARMETER, CLERK

    Kindly enter our appearance as counsel of record for the third-party defendant, JAMES DORICH, in the above-captioned action. Third-party defendant also demands a trial by jury.

                          Respectfully submitted,

                          MEYER, DARRAGH, BUCKLER,
                          BEBENEK & ECK, P.L.L.C.

                          SCOTT MILLHOUSE, ESQUIRE
                          Counsel for Third-Party Defendant
                          PA I.D. No. 33228
                          U.S. Steel Tower, Suite 4850
                          600 Grant Street

Pittsburgh, PA 15219
Telephone: (412) 553-7063
Fax: 412/471-2754
E-Mail: smillhouse@mdbbe.com

Attorney for counterclaim defendants,
PRS, Inc. and Harry A. Lattanzio

## PROOF OF SERVICE

I hereby certify that I am serving the foregoing document upon the person and in the manner listed below:

<u>Service by First Class Mail, addressed as follows:</u>

*Regis M. McClalland, Esquire*
*Harrington, Schweers, Dattilo & McClelland*
*100 Ross Street*
*Pittsburgh, PA 15219*
*(Counsel for plaintiff)*

Keith D. Heinold, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103
*(Counsel for defendant)*

MEYER, DARRAGH, BUCKLER,
BEBENEK & ECK, P.L.L.C.

Date: 9/12, 2005

SCOTT MILLHOUSE, ESQUIRE
Counsel for Third-Party Defendant

P0750533.1