IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | |
|---|---|
| RHONIE L. BURNS and VINCENT D. SILVAGGI, JR., Parents and Natural Guardians of NICHOLAS D. BURNS, and RHONIE L. BURNS, in her own right, | CIVIL DIVISION<br><br>Case No.: 05-CV-2  ERIE |

Plaintiffs,

vs.

DAIMLER CHRYSLER CORPORATION, CHRYSLER CORPORATION, COSCO, INC., and DUREL JUVENILE GROUP, INC.

Defendants,

vs.

JAMES DORICH,

Third-Party Defendant.

## ORDER OF COURT

AND NOW, this 17th day of May, 2006, it is hereby ORDERED, ADJUDGED, and DECREED, that the above-captioned matter on behalf of the minor, Nicholas Burns, be DISCONTINUED WITHOUT PREJUDICE and the matter on behalf of Rhonie L. Burns be DISCONTINUED WITH PREJUDICE.

Sean J. McLaughlin
United States District Judge